UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| KIMBERLY GARKOVICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:04-CV-181 |
| | ) | (VARLAN/GUYTON) |
| SOUTHERN GUARANTY INSURANCE | ) | |
| COMPANY and SOUTHERN FIRE & | ) | |
| CASUALTY COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This civil action is before the Court on the parties' Joint Motion for Amended Scheduling Order [Doc. 10]. The parties seek a continuance of the current trial date, June 6, 2006, to allow the parties to mediate this case as currently scheduled for July 14, 2006.

Accordingly, for good cause shown and to allow the parties additional time to try to resolve this dispute, the parties' joint motion [Doc. 10] is hereby **GRANTED** and the trial of this case is continued to <u>Monday, August 21, 2006, at 9:00 a.m.</u> Upon conclusion of the mediation, the parties shall file a written report to the Court stating the outcome of the mediation.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE